IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RYAN SAVINELL**                                               **PETITIONER**

**v.**                                                No. 3:14CV84-MPM-JMV

**DAVID CLAY VANDERBURG**                         **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion [13] to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** for want of jurisdiction. In addition, Savinell's motion [18] for the State to answer the petition is **DISMISSED** as moot.

**SO ORDERED**, this, the 8th day of October, 2014.

                                           **/s/ MICHAEL P. MILLS**
                                           **UNITED STATES DISTRICT JUDGE**
                                           **NORTHERN DISTRICT OF MISSISSIPPI**